UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: **11-21200-LMI**

[X] ____1st____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
[ ] _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Ybis Gonzalez                          CO-DEBTOR: Omar Gonzalez
Last Four Digits of SS# xxx-xx-9189            Last Four Digits of SS# xxx-xx-9188

[ ] This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.  $ __181.04__ for months __1__ to __60__ ;
  B.  $ _____ for months _____ to _____ ;
  C.  $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ _3,750.00 + $500.00 (Motion to Value) = $4,250.00_
                  TOTAL PAID       $2,500.00
                  Balance Due      $ _1,750.00_ payable $ _145.84_ month (Months __1__ to __12__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. __n/a__                                  Arrearage on Petition Date $ _____
Address _____                          Arrears Payment $ _____/month (Months ___ to ___)
        _____                          Arrears Payment $ _____/month (Months ___ to ___)
        _____                          Regular Payment $ _____/month (Months ___ to ___)

2. _____                               Arrears Payment $ _____
   _____                               Arrears Payment $ _____/month (Months ___ to ___)
   _____                               Regular Payment $ _____/month (Months ___ to ___)
                                            Arrears Payment $ _____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase<br>Loan No. xxxxx3443<br>Prop Add: 2217 SW 148th Ct<br>Miami, FL 33185 | Homestead Property<br>$204,778.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a__                   Total Due $ _____
                             Payable $ _____/month (Months _____ to _____)

Unsecured Creditors: Pay $ _17.10_ month (Months __1__ to __12__). Pay $162.94/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Chase Home Finance (Loan#xxxx4437) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor                                       Joint Debtor
Date: 07/05/11                               Date: 07/05/11

(rev. 06/02/08)