U.S. BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA



In Re:  
Ybis Gonzalez  
Omar Gonzalez

Case No. 11-21200

Hon: Laurel M Isicoff

_____ Debtors/

### SATISFACTION OF CLAIM

The claimant, JPMORGAN CHASE BANK, N.A., has received full satisfaction of claim no. 12, which was filed in this proceeding by the claimant, or has otherwise settled or compromised said claim, and this Satisfaction of Claim is executed to acknowledge discharge of the claim and to release the estate from all further liability with respect thereto.

Date: April 16, 2014

                                          /s/Yausheka Colding  
                                          Agents for JPMorgan Chase Bank, N.A.  
                                          Five Lakes Agency, Inc.  
                                          PO Box 80730  
                                          Rochester, MI 48308  
                                          (855) 824-1000  
                                          263097